IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MILLER,

      Plaintiff,                No. 2:11-cv-0931 KJN P

     vs.

NATHANIAL ELAM,

      Defendants.         ORDER

_____/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

////

////

////

1

    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 29, 2011 request for the appointment of counsel is denied.

DATED:  May 9, 2011

               _____
               KENDALL J. NEWMAN
               UNITED STATES MAGISTRATE JUDGE

mill0931.31